# Intended Notice Recipients – Method of Notice

District/Off: 0209–2  User: clifford  Date Created: 1/10/2007
Case: 2–06–21044–JCN  Form ID: pdfattch  Total: 11

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | George M. Reiber | trustee13@roch13.com, greiber@roch13.com |
| aty | George Mitris | laura@georgemitrispc.com, georgemitris@georgemitrispc.com |

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | | |
|---|---|---|---|---|---|
| db | Pamela D. Jackson | 60 Dorothy Avenue | Rochester, NY 14615 | | |
| aty | Bonnie S. Baker | Deily, Mooney &Glastetter, LLP | 8 Thurlow Terrace | Albany, NY 12203–1006 | |
| | Kathleen D. Schmitt, Esq. | Office of the US Trustee | 100 State Street | Room 609 | Rochester, NY 14614 |
| | Kevin J. Bambury, Esq. | Jeffrey Freedman Attorneys | 424 Main Street | Buffalo, NY 14202 | |
| | Barkley Clark, Esq. | 1201 Walnut Street | Suite 250 | Kansas City, MO 64106 | |
| | Gabriel J. Ferber, Esq. | Nesper, Ferber &DiGiacomo, LLP | One Towne Center, Suite 300 | 501 John James Audubon Parkway | Amherst, NY 14228 |
| | Matthew J. McGowan, Esq. | Salter McGowan Sylvia &Leonard, Inc. | 321 South Main Street | Providence, RI 02903 | |
| | Deborah Schaal, Esq. | Gordon &Schaal | 1039 Monroe AVenue | Rochester, NY 14620 | |
| | David Rasmussen, Esq. | Lacy Katzen LLP | 130 East Main Street, 2nd Floor | Rochester, NY 14604 | |

TOTAL: 9